**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

August 24, 2011

**VIA ECF**
The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:  Lowenbein v. Valentine**
      **11 CV 1255 (JG) (RER)**

Dear Magistrate Judge Reyes:

I represent the plaintiff in the above matter.  I apologize for writing at this time but I was consumed with a response to a motion for judgment on the pleadings and a cross-motion to amend the complaint which I completed a short while ago.

The summons and complaint was served upon the defendant by a Massachusetts constable in the first half of July, 2011.  I will endeavor to file the affidavit of service shortly, but I have not received any communication either from the defendant directly or from an attorney.  I therefore request that tomorrow's conference be adjourned.  I would request two weeks in order to prepare an application for default, and then I will attempt to obtain sufficient information to proceed further.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein