**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

October 4, 2011

**VIA ECF**
The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:   Lowenbein v. Valentine**
      **11 CV 1255 (JG) (RER)**

Dear Magistrate Judge Reyes:

I represent the plaintiff in the above matter. In response to the Court's order of September 29, 2011, I respectfully submit the within status report. I recall having received the order but am not sure why the default was not filed and why it was not diaried. In the meantime, I have filed the motion for entry of default and hope that it is accepted *nunc pro tunc*.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein