UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHMUEL LOWENBEIN,

                    Plaintiff,                    CLERK'S NOTATION
                                                    OF DEFAULT
                                                      11-CV-1255 (JG)
-against-

VALENTINE & KEBARTAS, INC.,

                    Defendant.
-------------------------------------------------------------------X

      I, Douglas C. Palmer, Clerk of the Court for the United States District Court for the Eastern District of New York, do hereby certify that the Affidavit of Service in the above entitled action indicate that Defendant Valentine & Kebartas, Inc., was served with a copy of the Summons and Complaint on July 12, 2011, by delivering a copy of the Summons and Complaint to Charline Cann, a Receptionist and a person authorized to accept service at 15 Union Street, Lawrence, MA 01841.

      I further certify that a review of the court file and docket entries indicate that Defendant Valentine & Kebartas, Inc., has failed to plead or otherwise defend as provided by Federal Rules of Civil Procedure.

      The default of Defendant Valentine & Kebartas, Inc., is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       October _5_, 2011

                                                                           DOUGLAS A. PALMER
                                                                           Clerk of Court

                                                          by: _Janet Hamilton_
                                                                   Deputy Clerk

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT - 5 2011 ★
BROOKLYN OFFICE